## United States District Court
### Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MY94 | 9295867 | Gogarty | 277 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 10/02/22  1953hrs | 18 USC  113 (a) (5) |

Place of Offense
S/B BW Pkwy @ Rt 197

Offense Description: Factual Basis for Charge                          HAZMAT ☐
Simple Assault

100222-68

**DEFENDANT INFORMATION**

Last Name
Murray

First Name
Terrance

M.I.
Diamond

Street Address
████████████████

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 3ER4373 | MD | 16 | Dodge Journey | | Red |

**APPEARANCE IS REQUIRED** | **APPEARANCE IS OPTIONAL**

A ☒ If Box A is checked, you must appear in court. See instructions.

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____  Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →  $ _____  Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address | Date

| Time

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*9295867*

---

(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

Case: 1:23-mj-242
Assigned To: Magistrate Judge Zia M. Faruqui
Date: 9/5/2023
Description: Rule 5 Arrest Warrant

The foregoing statement is based upon:

☐ my personal observation          ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident